# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JAMES L. NEWCOMB**                                           **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO: 1:10-cv-00256-SA-JAD**

**TOWN OF TISHOMINGO, MISSISSIPPI**                       **DEFENDANT**

## ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS

Before the Court is Defendant's Motion for Stay of Proceedings [20] pending resolution of certain criminal charges against Plaintiff. Plaintiff has informed the Court that he does not oppose Defendant's motion. As such, the Court finds that this action should be stayed pending resolution of Plaintiff's criminal charges. The Defendant is ordered to notify the Court within thirty (30) days after the resolution of such charges.

SO ORDERED, this the _28th___ day of June, 2011.

                                                **/s/ Sharion Aycock**
                                                **UNITED STATES DISTRICT JUDGE**